IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

*CRIMINAL MINUTES: INITIAL APPEARANCE and ARRAIGNMENT*

USA v  JEREMY MICHAEL WILSON

Case No 2:17-CR-12    Date March 30, 2017    Time 10:48-11:02 A.M.
**Hon. DENNIS INMAN, Magistrate Judge, Presiding**

| KIM OTTINGER | 10:48:34-11:01:46 | MEGHAN GOMEZ FOR J. GREGORY BOWMAN |
|---|---|---|
| Deputy Clerk | Tape No/Court Reporter | Asst. U. S. Attorney |

==================================================================

| DEFENDANT | ATTORNEY |
|---|---|
| JEREMY MICHAEL WILSON | AARON CHAPMAN |

**PROCEEDINGS:**    Arrest Date:  3/29/17

Defendant sworn

Defendant found competent

Defendant advised of charges, penalties, and rights
(Copy of indictment provided to defendant or counsel by clerk)

Financial affidavit executed with Counsel present and appointed

Plea of not guilty to all charges

Oral motion by USA for detention

Detention Hearing scheduled   4/4/2017 @ 1:30 P.M.

Defendant remanded to custody of U.S. Marshal.

Orders to enter