UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | 2:17-CR-12 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JEREMY MICHAEL WILSON ) | |
| Defendant. ) | |
| ) | |

## ORDER

Defendant has requested and is financially qualified for court-appointed counsel. It is, therefore, ordered that _Aaron Chapman_, Esq., a member in good standing of the CJA panel, is appointed to represent Defendant in all further proceedings in this action.

SO ORDERED:

_____
United States Magistrate Judge