IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CRIMINAL MINUTES: Change of Plea**

USA vs JEREMY MICHAEL WILSON         DATE   06/12/17

Case No.   CR-2-17-12(19)   Time  1:25 p.m.   To  2:00 p.m.
======================================================================

Honorable J. Ronnie Greer, U. S. District Judge, Presiding

| Kathy Hopson | Karen Bradley | Greg Bowman |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

======================================================================

DEFENDANT(s)                              DEFENSE ATTORNEY(s)
Jeremy Michael Wilson                     Aaron Chapman

**PROCEEDINGS:**

Defendant(s) Sworn

Court questions defendant(s) regarding physical and mental conditions and advises defendant of nature and possible consequences of plea

Indictment/reading waived

Motion of deft to change plea

Plea of Guilty to Count(s)   **1 *(lesser included offense)***   - Accepted

Plea Agreement filed on **06/02/17 [Doc. 203]**

PSI report requested

Remanded to custody of USM

Taken Under Advisement


**SENTENCING DATE**  September 25, 2017 @ 1:30 p.m.  Before Honorable J. Ronnie Greer