IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA

    v.                       No. 2:17CR12

JEREMY WILSON

## MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL

COMES NOW Defendant, by and through counsel, and would respectfully request that his Sentencing Memorandum and attached exhibits be filed under seal. In support the Defendant would show that the Sentencing Memorandum and any attached letters reference confidential matters about the Defendant and should not be open to public inspection.

                Respectfully submitted:

                JEREMY WILSON

                By: /s/ Aaron Chapman
                Aaron J. Chapman, BPR No. 28428
                Attorney for Defendant
                P.O. Box 1175
                Morristown, TN 37816
                (423) 254-5333 (p)
                (423) 218-1287 (f)
                TennLawyer@gmail.com

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on the following entities on the date noted in the footer via the Court's Electronic Case Filing System. Other interested parties will be served by First Class U.S. Mail, postage prepaid, facsimile, or by other approved method of delivery.

                /s/ Aaron Chapman