# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES:   Sentencing

USA v   JEREMY MICHAEL WILSON            Date:   01/10/18

Case No.   CR-2-17-12(19)            Time   10:04 a.m. To   11:31 a.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |
| Aaron Chapman | Greg Bowman |
| Defendant's Attorney | Asst. U.S. Attorney |

**PROCEEDINGS:**

Deft given opportunity to speak - accepts

Court Pronounces Judgment

It is the judgment of the Court on **Count One**, the defendant, **Jeremy Michael Wilson,** is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **72 months**.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **five (5) years**.

$100.00 Assessment

Fine is waived

**CONDITIONS OF SUPERVISED RELEASE:**

[X] 13 standard conditions
[X] no firearms , no ammunition, no destructive devices, or any other dangerous weapon
[X] no illegal drugs
[X] cooperate w/the collection of DNA as directed
[X] participate in a drug and/or alcohol abuse treatment program as directed by USPO
[X] participate in a mental health program as directed by USPO
[X] You shall submit your person, property, house, residence, vehicle, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer or designee.
[X] other:  If not obtained while in the custody of the Bureau of Prisons, the defendant shall obtain a General Educational Development Degree. The defendant shall not take any prescribed narcotic drug without notifying the physician that the defendant has a substance abuse problem and without obtaining permission from the probation officer.

**RECOMMENDATIONS:**

[X] that defendant be given credit for time served since **3/29/17**
[X] other   **500 hours of substance abuse treatment from the Bureau of Prisons' Institution Residential Drug Abuse Treatment Program  / receive a complete mental health evaluation with appropriate treatment / designation to a BOP federal facility as close to his home in Sullivan County, Tennessee which has the Residential Drug Abuse Treatment Program.**
[X] Placed in custody of U.S. Marshal